■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMON USERA, Appellant. [650 NYS2d 137] —Judgment, Supreme Court, Bronx County (Edward Davidowitz, J.), rendered February 26, 1993, convicting defendant, after a jury trial, of attempted robbery in the first degree, and sentencing him to a term of 5 to 15 years, to run consecutively with a prior term of 7 to 21 years, unanimously affirmed.

There being sufficient evidence of defendant's accessorial liability to warrant submission of that theory to the jury, the court's charge thereon was proper, notwithstanding that the indictment charged defendant only with acting alone (see, People v Rivera, 84 NY2d 766, 771; People v Perez, 194 AD2d 455, 456, lv denied 82 NY2d 758). "There is no distinction between liability as a principal and criminal culpability as an accessory and the status for which the defendant is convicted has no bearing upon the theory of the prosecution." (People v Duncan, 46 NY2d 74, 79-80, cert denied 442 US 910). Defendant's challenge to the imposition of a consecutive sentence is without merit. Concur—Sullivan, J. P., Milonas, Ellerin, Nardelli and Williams, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS DIAZ, Appellant. [650 NYS2d 546] —Judgment, Supreme Court, Bronx County (Daniel Sullivan, J.), rendered on or about August 23, 1994, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Sullivan, J. P., Milonas, Ellerin, Nardelli and Williams, JJ.